UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-cv-60345-WPD/Snow

MARIA EDWARDS-ANGELONI,

        Plaintiff,

v.

SELECT PORTFOLIO SERVICING , INC.,
A Utah Corporation,

        Defendant.
_____/

## NOTICE OF APPEARANCE OF COUNSEL

Please take notice that Sean X. Foo of The Law Offices of Jeffrey N. Golant, P.A. hereby appears in the above-captioned matter on behalf of Plaintiff Maria Edwards-Angeloni and hereby requests service upon him of all subsequent filings, motions, notices, orders, and other communications in these proceedings.

Dated: February 16, 2017

                              Respectfully submitted,

                              s/ Sean X. Foo
                              Sean X. Foo
                              Fla. Bar No.: 111978
                              sfoo@jeffreygolantlaw.com
                              THE LAW OFFICES OF JEFFREY N. GOLANT, P.A.
                              1999 N. University Drive, Suite 213
                              Coral Springs, FL 33071
                              Tel:   (954) 942-5270
                              Fax:   (954) 942-5272
                              Counsel for Plaintiff Maria Edwards-Angeloni

## CERTIFICATE OF SERVICE

Counsel for Defendant has not yet made an appearance in this case.

                                                                         s/ Sean X. Foo